IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED
FEB 20 2026
CLERK U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:26-MJ-11 |
| | ) (Misdemeanor) |
| DARLENE D. TOWNES | ) VA 19 |
| | ) |
| | ) Court Date: March 9, 2026 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. E2274290

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 14, 2026 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, DARLENE D. TOWNES did unlawfully violate Defense Property Security Regulations.  (In violation of Title 50 United States Code, Section 797).

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By: _____
MARGARET L. BALLANTYNE
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-4393
Email: Margaret.l.ballantyne.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on <u>19 Feb</u>, 2026, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

*[signature]*
MARGARET L. BALLANTYNE
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604